1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| | |
|---|---|
| COREY R. RYLAND,<br><br>        Petitioner,<br><br>  v.<br><br>DIRECTOR OF BUREAU OF PRISONS,<br><br>        Respondent. | Case No. 1:23-cv-01211-SAB-HC<br><br>ORDER DIRECTING CLERK OF COURT TO FILE DOCUMENT AS SUPPLEMENT TO PETITION IN <u>RYLAND V. DIRECTOR OF BUREAU OF PRISONS</u>, CASE NO. 1:23-cv-01191-EPG |

17

18

19

20

21

22

23

24

25

26

27

On October 16, 2023, the Court received a document from Petitioner indicating that "[e]nclosed is the necessary document(s), exhibits in accordance with court order." (ECF No. 11 at 1.)[1] The attachments concern the Life Connection Program and disciplinary proceedings at USP Terre Haute. (<u>Id.</u> at 2–8.) However, the habeas petition in the instant matter concerns Petitioner's custody classification, sentence computation, and education good time credits. (ECF No. 1 at 3–4.) Petitioner has another pending habeas petition in <u>Ryland v. Director of Bureau of Prisons</u>, No. 1:23-cv-01191-EPG. The petition in that proceeding alleges that staff members at USP Terre Haute conspired to violate Petitioner's religious rights and prevented him from completing the Life Connection Program. (Petition, <u>Ryland v. Director of Bureau of Prisons</u>, No. 1:23-cv-01191-EPG, ECF No. 1.)

///

28

---

[1] Page numbers refer to the pagination assigned by the CM/ECF system.

1     Accordingly, the Clerk of Court is DIRECTED to file the document (ECF No. 11) as a

2 supplement to the petition in <u>Ryland v. Director of Bureau of Prisons</u>, No. 1:23-cv-01191-EPG.

3

4 IT IS SO ORDERED.

5 Dated:   **October 18, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28